FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JAN 24 2011
J T NOBLIN, CLERK
BY_____ DEPUTY

COMPLAINT

AGEE 159826
(Last Name)   (Identification Number)

ALONZO  DIXON
(First Name)  (Middle Name)

JACKSON Cty ADULT DETENTION CTR.
(Institution)
1719 KENNET AVE, PASCAGOULA, MS. 39567
(Address)

Home Adress
ALONZO D. AGEE
1307 SHORE ACRES DR.
MOBILE, AL. 36605

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

V.

KENNETH BRODUS ~~BYRD~~ et.al.
Mike BYRD et.al
JACKSON Cty. ADULT DETENTION CTR.
JACKSON Cty. SHERIFF DEPT.

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 1:11CV31 HSO-JMR
(to be completed by the Court)

(NOTE:) ADDITIONAL ON BACK

OTHER LAWSUITS FILED BY PLAINTIFF

NOTICE AND WARNING:
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes (✓)   No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: ALONZO D. AGEE _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): _____

NOTES, INFORMATION UNKNOWN —
PLEASE CONTACT LAWYER TONY MARCELL
SEPT-OCT 1979                                MOBILE, AL,
                                              (OVER)

NOTE: OTHER LAWSUITS FILED BY PLAINTIFF
1. TIM BRAD LUMBER CO - OUT OF BRAZIL
   LAWYER: TONY MARCELL

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: ALONZO D. AGEE     Prisoner Number: 159826
   Address: 1719 KENNETH AVE / 1307 SHORES-ACRES DR
            PASCAGOULA MS / MOBILE AL. 36605
            39567

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: KENNETH BROOKS, MIKE BYRD     MAJOR / SHERRIFF     is employed as
   JACKSON CTY ADULT DETENTION CTR.  at
   JACKSON CTY SHERRIFF DEPT

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: ALONZO D. AGEE     ADDRESS: 1719 KENNETH AVE PASCAGOULA MS 39567
      Home              1307 SHORES ACRES DR. MOBIL AL. 36605

DEFENDANT(S):

NAME:     ADDRESS:
KENNETH BROOKS     JACKSON CTY ADULT DETENTION CTR.
MIKE BYRD          JACKSON CTY SHERRIFF DEPT

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes (✓)   No ( )

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (✓)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (✓)   No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (✓)   No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint? SINGING

   Yes (✓)   No ( ), if so, state the results of the procedure: SENT TO HOSPITAL - RIVER X-RAY RESULTED IN 2 FRACTURED RIBS.

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?
      Yes ( )   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): N/A

   3. State the date your claims were presented: N/A

   4. State the result of the procedure: _____

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

#1 - A TACTICAL TEAM THREW AN EXPLOSIVE DEVICE INTO THE DAYROOM, THE AREA IN WHICH I SLEEP

#2 - THE OBJECT FLASHED WITH A EAR PIERCING SOUND AND THEN EXPLODED - THATS WHEN I FELT PAIN

#3 - I ALERTED THE NURSE DURING HER ROUNDS LATER THAT EVENING CONCERNING AND EXPLAINING THE INCIDENT - I WAS TAKEN TO SINGING RIVER HOSPITAL IN PASCAGOULA, MS. AN X-RAY WAS TAKEN - THE RESULTS SHOWED TWO FRACTURED AND A POSSIBLE BROKE RIB.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

#1 TO GET OUT OF THIS ENVIRAMENT SO THAT I CAN REST + HEAL PROPERLY

#2 TO PROVIDE MEDICATIONS AND THEOPY TO INSURE PROPER HEALING AND NORMAL BODY FUNCTIONS - I'M 63yrs old NOW.

#3 I ALSO SEEK FINACIAL DAMAGES FOR BODY HARM - PAIN AND SUFFERING $250,000.00

Signed this 12 day of JANUARY, 20 11

Home: ALONZO D. AGEE
1307 SHORES ACRES DR.
MOBILE AL 36605

X Alonzo D. Agee
1719 KENNETH AVE. O-E
PASCAGOULA MS. 39567
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct

12 JAN 11
(Date)

X Alonzo Agee
Signature of plaintiff

4



Alonzo D. Agee
1719 Kenneth Ave O-E
Pascagoula, MS. 39567

US District Court
Southern District of MS
JAN 21 2011

Clerk U.S. District Court
Southern District

U.S. District Court
P.O. Box 23552
Jackson, MS 39225-3552