IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALONZO AGEE**                                                                **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 1:11-cv-31HSO-JMR**

**KENNETH BROADUS and**
**MIKE BYRD**                                               **RESPONDENTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendations [36] of Chief Magistrate Judge John M. Roper entered in this cause. The Court, having adopted said Report and Recommendations as the opinion of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this matter is dismissed with prejudice pursuant to FED. R. CIV. P. 56.

**SO ORDERED AND ADJUDGED**, this the 30th day of March, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE